FILED
STATESVILLE, NC

MAY 2 5 2017

U.S. District Court
Western District of N.C.

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF NORTH CAROLINA

CASE NO. 5:17 cv 86

*Charly R Barber*

Plaintiff,

**Hand-Delivered**

vs.

COMPLAINT

*Pactiv/Reynolds
314 Mooresville Blvd
Mooresville N.C. 28115*

Defendant(s).

## A. JURISDICTION

This action is brought pursuant to Title VII of the Civil Rights Act of 1964 as amended, for employment discrimination. Jurisdiction is specifically conferred on this Court by 42 U.S.C. Section 2000e(5). Equitable and other relief are also sought under 42 U.S.C. 2000e(5)(g). Jurisdiction is also based on 28 U.S.C. Sections 1331, 1343 and 42 U.S.C. Sections 1981 et seq. Where employment discrimination based upon age is alleged, jurisdiction is conferred by 29 U.S.C. Sections 626(c)(1) and 626(e) and appropriate relief is also sought.

Case 5:17-cv-00086-FDW-DSC   Document 1   Filed 05/25/17   Page 1 of 12

## B. PARTIES

1. Name of Plaintiff: _Charly R Barber_
   Address: _725 Perth Rd_
   _Troutman, N.C 28166_

2. Name of first Defendant: _Pactiv / Reynolds_
   Address: _314 Mooresville Blvd_
   _Mooresville N.C. 28115_

3. Name of second Defendant: _____
   Address: _____

4. Name of third Defendant: _____
   Address: _____

(Use additional sheets if necessary.)

## C. NATURE OF CASE

1. The address at which I sought employment or was employed by the defendant(s) is:
   _Pactiv / Reynolds_
   _314 Mooresville Blvd_
   _Mooresville, N.C. 28115_

2. The discriminatory acts occurred on or about:
   _5-19-2015 — 1-1-2017_ (Month, Day, Year)

Case 5:17-cv-00086-FDW-DSC    Document 1    Filed 05/25/17    Page 2 of 12

3. I filed charges with the Equal Employment Opportunity Commission regarding the defendant's discriminatory conduct on or about:

_3- 27-2017_ (Month, Day, Year)

4. The Equal Employment Opportunity Commission sent the attached "Notice of Right to Sue" which I received on:

_4-7-2017_ (Month, Day, Year)

5. The discriminatory acts that are the basis of this suit are:
   a. _____ Failure to employ me.
   b. _X_ Failure to promote me.
   c. _____ Termination of my employment.
   d. _____ Demotion.
   e. _X_ Denied equal pay/work.
   f. _____ Sexual harassment.
   g. _X_ General harassment.
   h. _____ Other acts (Be specific: Attach an additional sheet if necessary)

   _Failure to keep me safe._
   _My Supervisor refers to me as (I t.)_

6. Defendant's conduct is discriminatory with respect to:
   a. _____ my race
   b. _____ my color
   c. _✓_ my sex
   d. _____ my religion
   e. _____ my national origin
   f. _____ my age

7. I believe that the defendant is still committing these acts against me.

   YES _✓_     NO _____

## F. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

Have you filed other lawsuits in state or federal court that deal with the same facts that are involved in this action?  YES _____                NO _✗_

If your answer is "YES", describe each lawsuit.  (If there are more than one lawsuits, describe additional lawsuits on additional separate pages, using the same outline.)

1.  Parties to previous lawsuits:

Plaintiff(s):_____ *N/A* _____

Defendant(s):_____ _____

2.  Name of court and case or docket number:_____
_____ *N/A* _____

3.  Disposition (for example, was the case dismissed? Was it appealed? Is it still pending?) *N/A*
_____

_____

4.  Issues raised: *N/A*
_____

_____

5.  When did you file the lawsuit? ___ *N/A* ___(Date: Month/Year)

6.  When was it (will it be) decided? ___ *N/A* _____

Have you previously sought informal or form relief from the appropriate administrative officials regarding the acts complained of in Part D?

            YES _✓_        NO _____

Case 5:17-cv-00086-FDW-DSC    Document 1    Filed 05/25/17    Page 4 of 12

## D. CAUSE OF ACTION

1. I allege that the defendant has discriminated against me and that the following facts from the basis for my allegations:

Count 1: _Please see attached information_

Supporting Facts: (Describe exactly what each defendant did or did not do. State the facts clearly in your own words without citing any legal authority. Use additional sheets if necessary.)

Count 2: _Please see Attached information_

Supporting Facts:

## E. INJURY

How have you been injured by the actions of the defendant(s)?
_Please see attached Information_

Case 5:17-cv-00086-FDW-DSC    Document 1    Filed 05/25/17    Page 5 of 12

D. Cause Of Action.

Count 1:My immediate supervisor on my first day and first hour of employment started to refer to Me,as ( IT ).

It was very clear that Mr Welis Lewis (My supervisor) had a problem with Me because of my life style.He showed no sign of regret and he continued to address Me as such.As he showed no concern for my feelings nor  human respect.

Count 2:In the month of April 2016, I was forced to work in my urine soaked clothes and shoes for over two hours in my work department.

On the morning in question I motioned  for the machine operator to come to my work station.He didn't.Most of the employees there acted as if they were embrassed for the other employees to see them talk to me.He never came to find out what the issue was.I knew I couldn't walk off from my job because I would get fired.It was made very clear when I started the job.So I was forced to urinate on myself.Russell Hicks the plant manager walked passed me during his routine walk thru. I told him and he saw what had happened.And he didn't get me off the work floor.Still I worked.My supervisor told me on multiple occasions that this company doesn't care about the people. Their only concern is the money you make for them.My supervisor Welis Lewis Made this statement to me on several occasions.Yes,I believed him the first time he made the statement to me.

Count 3: I was denied job advancement on multiple occasions by Welis Lewis, my supervisor.I was even denied job opportunity when I applied for a posted job position.

Mr.Lewis told me in an angry manner each time I asked or requested job oppurtunities That This Company has nothing for you to do except what youre doing.And if you don't want to do that then theres the door I sure No One is going to try to make you stay.I was full time and when Mr Lewis gave three temporary employees the opportunity  for two of the to be machine operators and then other became the lead packer.They all wore green hats and I wore white for full-time.Arthur,Devin and Olivia are they employees that got the positions I requested for.I then applied for a posted job position and several weeks later when I went to Human Resources to inquire about the position I was later told I didn't qualify.Fork lift operator,was the job.At the time I was certified to train workers on the forklift as well as to train to others to be trainers.I realize I would have to recertify for this company.But they didn't give me the chance.I have multiple certificates of completion thru NCDOL that I presented to this company of several occasions.

Count 4: I wasnt given the materials that I needed to level up.I was a cup packer and this supposedly was the way to advance.

 My supervisor nor none of his multiple assists explained to me nor gave to me the materials that I would need for job advancement.When  one of my co-workers on the floor asked me had I started to level up I had no clue.So I managed to speak with one of Mr.Lewis'multiple assistants .I asked about the level-up program.He said Oh I will bring you the book by the end of the day.When I received the book it was back dated to appear as if They gave me the book on time.It was never explained to me about the

SECTION ( D) Informal relief sought

*I had on multiple occasions complained to upper management about being decriminated against and mistreated.I spoke with Cassandra Philippeaux,Steve Karl and someone by the name of Kevin.It was a conference call.I expressed to them how damaged and tortured I felt.I expressed to them that I needed to cut all all ties with this company in order to regain my health and to HEAL.Steve agreed to me taking time off.Then he stated that they assumed that I would need the companys financial support and for how long. I again stated that I want to cut all ties to this company because what they were doing to me was killing me.He asked me how much I felt like I needed to help me heal.I stated three point five million dollars to heal.Steve then stated that no one will look at this case and see that you went thru enough pain and torture to live for the rest of your life without having to work.I stated it wasn't about the money because my first hour of my first my supervisor started referring to me as IT.Soon after I was physically assaulted and left scarred for life.Then shortly after is when they really started discriminating against me once they all realized that I had no support from this company.Ms.Philippeaux is Human Resource at another plant location.Steve Karl I later found out is a Company Attorney.During the afternoons and after work evening conversations/calls, I didn't realize that Steve Karl held this title for the company.He used his legal experience to question and,to manipulate the conversations.He's an attorney and he used my ignorance of the law against me.I reported the discrimination over and over and over.He tried to convince me follow the path that would benefit Pactiv/Reynolds and I told him NO.On so many times I felt I Iwas begging for what was owed to me,which was just a fair chance.*

# E. (Injury)

This two year nightmare that took place inside of Pactiv/Reynolds has left me feeling psychologically,emotionally mentally and spiritually raped.It has effected my attitude in a very negative manner.Just to know that this group of people were allowed to use their work platforms to discriminate,harass,provoke,insult ,and express their dis-likes for another community and get away with it leaves me horrified.It just shows me that we are not really making progress as far as Civil Rights are concerned but going backwards.Pactiv/Reynolds' de-humanizing treatment and discriminating tactics have soiled the beautiful thoughts of freedom and being created equal in North Carolina.

This whole ordeal has left me feeling violated .They were suppose to keep me safe.The day that I was forced to stand in my own urine soaked clothes and shoes for over two hours a part of me died.The part that helped me love me, the part that made me feel good  about myself,the part that made it ok to be me,the part that helped me look in the mirror before and after I put on my make-up on,the part of me that helped me keep it moving when people are being mean and hard to deal with,the part of me that fueled myself confidence,dignity and pride.The part of me that was my own self value.I want it back.This Company and its management team had no right to take so much away from me and downplay the whole ordeal as if it was nothing even more as if my life and rights were nothing.

The day I was forced to stand in my own urine soaked clothes and shoes for over two hours ,I don't remember much of.But, I will never forget asking God to let my heart stop beating so I didn't have to endure the hurt,pain and embarrassment these people were putting me through for their own entertainment. My words will never be able to express how I am feeling now nor how hurt de-humanized,targeted and fearful I have become because of this two year long discrimination crime spree.I cant describe how it feels when you know the people whom are in charge of your employment and financial future are allowed to use their work platforms to express their personal hate for another community.

This has proved to  me and should prove to others that people can and do use their power and priviledge to destroy another persons life simply because they don't like them or their lifestyle.I am totally crushed to know that the freedom and equal rights that my ancestors fought so hard for still doesnt exist.Im completely at a lost .I don't think that anyone realized or even cared that I am a human being and what has happened to me has trapped me inside of my own mind and hardened my heart.I cry a lot,I stay depressed and angry.I changed my eating and drinking habits in order to ensure a better result in the having to use the bathroom area.Now I have lost a lot of weight I stay dehydrated. I don't feel healthy nor do I look healthy.This crime of discrimination has ruined my Trust in Mankind.

procedure.To this day I have no clue.And I still have all of my certificates of completion from NCDOL that shows that I really could have been helpful in my job process.

Count 5: I was physically assaulted on the job April,24 2016.

On the date in question I was assigned to machine 121. For whatever reason the machine went down.The operator (Roger) at that time had just shown me how to stop the conveyuer belt when the machine goes down.So when the machine went down I did exactly what he told me to do.Jimmy Sterner whom I was told is suppose to be in charge of the machine operators came on the scene.He was talking to James my co worker in reference to no one pushing cups from the rimmer.The burner for the cups that have foreign materials attached to them.I asked James why he didn't tell Jimmy that I had pushed the cups away from the rimmer.H stated that he did. While we stood there I pushed the cups back more and Mr.Sterner was standing at the opposite end of me where the cups started to fall to the fall.MR.Sterner immediately yelled WHAT THE FUCK ARE YOU DOING? DON'T PUSH THESE GODDAMN CUPS ON THE FLOOR.And while he was yelling he very forcefully slammed the long strip of 32 ounce cups forward pinning my hand between the long row of cups and the rimmer.(Stove to burn cups).I was afraid I would be fired.I explained this to Tasha the lead packer at this time.She said why you didn't do anything wrong.We went to see Mr.Lewis and told him what happened as well as showed him.He sprayed my burning hand and radioed for Sherry (supervisor in Print department) to come get latex glove with ice from breakroom for my burning swelling hand.I wrote no statement.

Count 6:Failure to keep me safe while I am at work and on the clock.

> I have expressed to Mr.Lewis on several occasions my sincere concern over MR.Sterners actions.While I was still relatively new on the job I had expressed that Mr.Sterner had cussed me so aggressively and while he was doing so I could feel his spittle hitting my lips and face.After I got myself together and was allowed the opportunity to speak with Mr. Lewis I expressed to him how angry and terrified I was that Mr.Sterner could stand Toe To Toe with me ,cuss me so viciously.On several occasions this happened.I honestly was in fear of my life when it came to Mr.Sterner,Because he was allowed to say and do anything with no reprocussions beacause.MrLewis told me Mr.Sterner was his right hand man and he trusted  and supported
>
> Mr.Sterners actions.

Count 7: I had to deal with retaliation.

It was mandatory to work two days of over time each month.On multiple occasions the two lead packers sent me home first.Temps are suppose to be sent ome first.After I got tired of this happening I went to Karen Nance Human Resource.I expressed to here on several occasions about me being targeted,discriminated against,verbally harassed as well as abused.I expressed to her my thoughts on how my supervisor was allowed to use his employment platform to discriminate,against me and no one in the company showed any signs of concern.They allowed him to abuse his position.I also told Ms.Nance about the two female lead packers that sent me home more than once.About a week lalter my phones started to be erased when I called in for my FMLA.Thankfully I didn't erase the information from my phone form my call in.And the Lead packer on my shift Olivia stated to me that she had listened to one my call ins just before it was erased.My locker was entered on multiple occasions my bag was

gone thru and my my moneys were stolen.No one came to my assistance nor tried to make me feel safe other then offering me that thought of changing employment.

If your answer is "YES" briefly describe how relief was sought and the results. If your answer is "NO" explain why administrative relief was not sought.

_please see attached information._

## G. REQUEST FOR RELIEF

I believe I am entitled to the following relief:

_Please see attached information_

## JURY TRIAL REQUESTED

YES _____          NO ☒

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained therein is true and correct. 28 U.S.C. §1746; 18 U.S.C. §1621.

Executed at _Statesville N.C._ on _5-25-2017_ .

(Location)                              (Date)

_Signature_

Signature

Charly R Barber

(704) 253-5943

Case 5:17-cv-00086-FDW-DSC    Document 1    Filed 05/25/17    Page 11 of 12

125 Pearl St R
Troutman, N.C. 28166

G.Requset For Relief

*I believe that am entitled to 7.5 million dollars for all the pain and suffering as well as the physical assault that has left me scarred for life inflicted upon me by Pactiv/Reynolds Wrap.This ordeal went on for two years and to this day it still effects me.After all is said and done it will be on my record that I spoke out against a multi-billion dollar company for discrimination and no company is going to be too quick to offer me a job.I will also need insurance as well as security.I have been left traumatized and I really am ready to start trying to heal.I really need to heal.I also want to continue my education so I can learn the law in support of my rights and people such as myself.I want to also establish a safe, informative,and financial assisted program for people in communities such as mine that are left alone without assistance and help of any kind because of their gender.I have experienced the major lack of help from multiple organizations as well as representation because of my lifestyle.I am out here alone . I followed proper protocol and this Company's management team was allowed to drain me of a healthy and safe life .AS well as making me feel less than human from all aspects.Please, please don't let them get away with this crime.I am a Human Being.*